# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HUSCO AUTOMOTIVE, LLC, and
HUSCO AUTOMOTIVE HOLDINGS,
LLC,

       Plaintiffs,

                   Case No. 2:23-cv-11345

v.

                   Hon. Mark A. Goldsmith

STACKPOLE INTERNATIONAL
ENGINEERED PRODUCTS, LTD.
d/b/a STACKPOLE INTERNATIONAL
and STACKPOLE INTERNATIONAL
POWDER METAL, LTD. d/b/a
STACKPOLE INTERNATIONAL,

                   Special Master Christopher G.
                   Darrow

       Defendants.

| | |
|---|---|
| Cynthia J. Haffey (P57352)<br>Mitchell S. Zajac (P82498)<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226-4452<br>(313) 225-7000<br>haffey@butzel.com<br>zajac@butzel.com | R. Michael Azzi (P74508)<br>Matthew E. Sierawski (P83524)<br>Warner Norcross + Judd LLP<br>150 Ottawa Ave., NW, Suite 1500<br>Grand Rapids, Michigan 49503-2487<br>616.752.2000<br>mazzi@wnj.com<br>msierawski@wnj.com |
| Daniel G. Vivarelli, Jr. (DC No. 482467)<br>1909 K Street, N.W., Suite 860<br>Washington, DC 20006-1152<br>(202) 454-2800<br>vivarelli@butzel.com<br>*Attorneys for Plaintiffs* | Michael G. Brady (P57331)<br>Vito A. Ciaravino (P72352)<br>Warner Norcross + Judd LLP<br>2715 Woodward Ave., Suite 300<br>Detroit, MI 48223<br>313.546.6000<br>mbrady@wnj.com<br>vciaravino@wnj.com<br>*Attorneys for Defendants* |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Husco Automotive LLC and Husco Automotive Holdings LLC (hereafter, "Plaintiffs" or "Husco") and Defendants Johnson Electric Motion Technology Canada, Ltd. f/k/a Stackpole International Engineered Products, Ltd d/b/a Stackpole International and Johnson Electric Canada, Ltd. f/k/a Stackpole International Powder Metal, Ltd. d/b/a Stackpole International (hereafter "Stackpole") having stipulated to dismiss this action, including all claims and defenses, with prejudice, with each party to bear its own attorneys' fees and costs, having stipulated that the Court shall retain jurisdiction over this matter to address any issues concerning the enforcement of the Settlement Agreement and releases between the Parties, and having completed the terms of the preliminary settlement;

IT IS HEREBY ORDERED that this action is dismissed, for all claims and defenses, with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS HEREBY FURTHER ORDERED that this Court shall retain jurisdiction over this matter to address any issues concerning the enforcement of the Settlement Agreement and releases between the Parties.

This is the final order and this case is closed.

Dated: October 9, 2024

/s/Mark A. Goldsmith
Hon. Mark A. Goldsmith
U.S. District Court Judge